# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JARVIS MCKINLEY FLEMING

NO.  2019 KW 1691

**MAY 1 3 2020**

---

In Re:  Jarvis McKinley Fleming, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-11-0835

---

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
WRC

**Theriot, J.,** concurs and would deny on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

<u>DEPUTY CLERK OF COURT</u>
FOR THE COURT